# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

    v.

**DAVID BACKUS,**

    **Defendant.**

**Criminal Action No.
5:22-MJ-629 (ATB)**

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WHEREAS, The court has determined that a psychological evaluation of the defendant is necessary to determine whether the defendant should be granted pretrial release, it is hereby ORDERED that the Oneida County Sheriff shall afford Norman J. Lesswing, Ph. D., and opportunity to meet, in a private setting at the Oneida County Jail, with David A. Backus, on Friday, October 28, 2022, starting at 12:30 p.m. – 3:30 p.m., for the purpose of interviewing and evaluating the defendant.

Dated: October 27, 2022

    IT IS SO ORDERED,

                                          _____
                                          Hon. Andrew T. Baxter
                                          U.S. Magistrate Judge