


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

**BRUCE D. VANTASSEL**
**CHIEF U.S. PROBATION OFFICER**

November 3, 2022

**UNITED STATES OF AMERICA**

vs.

David Backus

**DECLARATION**
**Docket 5:22-MJ-629(ATB)**
**Warrant Requested**

Honorable Andrew T. Baxter U.S. Magistrate Judge
NORTHERN DISTRICT OF NEW YORK

Michael Christopher declares that he is a United States Probation Officer and that:

The above-noted defendant appeared on November 1, 2022 before the Honorable Andrew T. Baxter, U.S. Magistrate Judge, and was released under the supervision of pretrial services. The Court imposed the mandatory conditions of pretrial release and several special conditions which include home detention with location monitoring and residency with his parents:

The U.S. Probation Office is requesting the Court issue a warrant to address the defendant's alleged violation of his conditions of pretrial release.

| Condition Number | Nature of Noncompliance |
|---|---|
| **Additional Condition #7(j)** | **Reside with your parents, Edmond and Karen Backus, at their residence at 178 Slindes Woods Circle, North Syracuse, NY, or other suitable residence as approved by pretrial Services or Court.** |
| | On November 3, 2022, the probation office was made aware that the defendant's living situation with his parents had become problematic. It was learned that on the evening of November 2, 2022, the defendant had become violent and confrontational with his father and continues to |

| James M. Hanley Federal Building | James T. Foley U.S. Courthouse | U.S. Courthouse & Federal Building | U.S. Probation Office |
|---|---|---|---|
| 100 S. Clinton Street, P.O. Box 7035 | 445 Broadway, Room 347 | 15 Henry Street | 14 Durkee Street, Suite 110 |
| Syracuse, New York 13261 | Albany, New York 12207 | Binghamton, New York 13901 | Plattsburgh, New York 12901 |
| (315) 234-8700 | (518) 257-1700 | (607) 773-3202 | (518) 247-4510 |
| Fax (315) 234-8701 | Fax (518) 257-1701 | Fax (607) 773-3140 | Fax (518) 247-4516 |

verbalize threatening comments. The defendant's father reported that he pushed him on two occasions in addition to throwing a chair at him. As the Court is aware, the defendant was released with the condition that he maintains residency with his parents as they were deemed third party custodians. It is clear with the current situation, the defendant's release at his parent's residence is volatile and thereby not approved by the probation office. At this time, the probation office cannot identify another suitable option for the defendant's residency which will provide him his needs and assistance while released under the condition of home detention.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Michael Christopher
Senior U.S. Probation Officer

THE COURT ORDERS

☐ No Action
☐ The Issuance of a Summons
☐ Other
☒ The Issuance of a Warrant. This petition and all documents attached hereto are SEALED until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby ORDERED NOT to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon on the unsealing of the petition.

Honorable Andrew T. Baxter
U.S. Magistrate Judge

November 3, 2022
Date: